===============================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ **DISTRICT OF** __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:13-cv-911 (GLS/RFT)**

**USAA INVESTMENT MANAGEMENT COMPANY**

    v.

**JOHN CONNELL**

    v.

**JANICE CONNELL**

| | |
|---|---|
| _____ | **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| __X__ | **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED, that USAA's motion to dismiss (Dkt. No. 22) is GRANTED. That John Connell's motion to dismiss (Dkt. No. 23) is GRANTED. That Janice Connell's crossclaim (Dkt. No. 11) and amended counterclaim (Dkt. No. 16) are DISMISSED. That USAA's complaint (Dkt. No. 1) is DISMISSED, in accordance with the Memorandum-Decision and Order issued by Chief Judge Gary L. Sharpe on May 22, 2014.**

| | |
|---|---|
| __May 22, 2014__ | __LAWRENCE K. BAERMAN__ |
| | CLERK OF THE COURT |

                                                    BY:    S/ _____
                                                             DEPUTY CLERK
                                                              John Law